## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ONEIDA NATION,

        Plaintiff,

    v.                                 Case No. 16-C-1217

VILLAGE OF HOBART, WISCONSIN,

        Defendant.

---

## ORDER

---

      Plaintiff Oneida Nation filed this action for declaratory and injunctive relief challenging the authority of the Village of Hobart to regulate the Nation and its officials with respect to activities occurring on the Nation's Reservation and on land held in trust for the Nation's benefit by the United States. On September 25, 2018, the court granted the United States' motion to file an *amicus curiae* brief. Presently before the court is the Village's motion to reconsider the court's September 25, 2018 order. The Village's motion will be denied. The Government's interest is far more significant than most amici. In particular, the Government is a party to the 1938 Treaty with the Oneida Nation and has trusteeship over lands within the Reservation. Its relations with the Nation will be significantly impacted if the Village's argument that the Reservation has been diminished or disestablished prevails. Accordingly, the Village's motion for reconsideration (ECF No. 112) is **DENIED**.

      **SO ORDERED** this  4th  day of October, 2018.

                                s/ William C. Griesbach
                                William C. Griesbach, Chief Judge
                                United States District Court